**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JENNIFER LOMMERS, | |
| Plaintiff, | Case No.: 1:24-cv-06968 |
| v. | Judge Jeremy C. Daniel |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Maria Valdez |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 163 | hefeishichensijiajuyongpin |
| 44 | RuiHome |
| 124 | shenzhenshilongbaoyamaoyi |
| 145 | guangzhoumailuoshangmao |
| 19 | xujinshundengjujingyingbu |
| 67 | Nanyang Weishui Trading Limited Liability Company |
| 149 | Yue Cheng Tuo Co., Ltd. |
| 68 | HLSG |
| 27 | xixianxinquqinhanxinchengouyumaobaihuodian |
| 41 | SAVSV |
| 142 | tuofanwenhuachuanmei |
| 73 | Calcifer123 |
| 52 | shenanna-shop |
| 48 | Ecoaugo |
| 88 | kwangsifa |
| 169 | JiaYaojia Store |
| 9 | LEHA |
| 32 | YoYo Yu |
| 33 | IADOU |
| 36 | LOEAWA |
| 51 | Saaytsiy |
| 3 | OSAM SPACE |

| | |
|---|---|
| 5 | UWLIFE |
| 20 | liluuu |
| 14 | ningbokuwoshangmaoyouxiangongsi |
| 43 | BuyBai |

DATED:  September 17, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　　　Keith A. Vogt (Bar No. 6207971)
　　　　　　　　　　　　　　　　　　　　Keith Vogt, Ltd.
　　　　　　　　　　　　　　　　　　　　33 W. Jackson Blvd., #2W
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　　Telephone: 312-971-6752
　　　　　　　　　　　　　　　　　　　　E-mail: keith@vogtip.com

　　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 17, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

              */s/ Keith A. Vogt*
              Keith A. Vogt